UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| KELLY COLE,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 3:25-CV-05682-JHC<br><br><br>ORDER GRANTING A STAY OF CASE PROCEEDINGS |

Based on Defendant's Motion for a stay of proceedings until after Congress has restored appropriations to the SSA, Dkt. # 5, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that this case is stayed until Congress has restored appropriations to the SSA and that Defendant's deadline to file a response to Plaintiff's complaint shall be extended to fourteen (14) days after the end of the government shutdown.

DATED this 1st day of October, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Page 1        ORDER – 3:25-CV-05682-JHC